UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JUSTE,<br><br>      Plaintiff,<br><br>      v.<br><br>MEDICAL HOUSING UNIT-MIAMI FLORIDA, et al.,<br><br>      Defendants. | Case No. 16-cv-07027-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice to plaintiff filing a new action in the proper venue.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 13, 2017

_____
SUSAN ILLSTON
United States District Judge