UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JUSTE,<br><br>        Plaintiff,<br><br>    v.<br><br>MEDICAL HOUSING UNIT-MIAMI FLORIDA, et al.,<br><br>        Defendants. | Case No. 16-cv-07027-SI<br><br>**ORDER REVOKING PAUPER STATUS ON APPEAL** |

This action was dismissed because it was filed in the wrong venue. The court chose dismissal rather than transfer because plaintiff has filed more than seventy actions throughout the country and chose not to comply with venue requirements of which he is aware. See Docket No. 8. The court now certifies that the appeal is not taken in good faith and revokes *in forma pauperis* status for plaintiff on appeal. *See* 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED**.

Dated: March 27, 2017

                                                                           SUSAN ILLSTON<br>
                                                                           United States District Judge